## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELLIOT JAMES BROWN,

       Plaintiff,

v.

Case No. 06-13857
Hon. Gerald E. Rosen

UNITED STATES ATTORNEY GENERAL
ALBERTO R. GONZALES, *et al.,*

       Defendants.

_____/

F I L E D

SEP 1 2 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

### ORDER OF DISMISSAL UNDER 28 U.S.C. § 1915(e)(2)(B)

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____ **SEP 1 2 2006** _____

PRESENT:  Honorable Gerald E. Rosen
United States District Judge

Plaintiff Elliot James Brown submitted his *pro se* complaint in this case on August

29, 2006, apparently alleging primarily that another Judge of this Court, the Honorable

John Feikens, improperly dismissed a prior complaint filed by Plaintiff.[1]  Accompanying

Plaintiff's present complaint is an application to proceed *in forma pauperis,* which this

Court has now granted.  Having reviewed the allegations of Plaintiff's now-filed

complaint, the Court readily concludes that this suit must be dismissed under 28 U.S.C. §

---

[1]As Judge Feikens observed in the July 31, 2006 opinion and order dismissing this earlier
action, Case No. 06-13161, Plaintiff is a "frequent filer" whose complaints have regularly been
dismissed on grounds of frivolousness.

1915(e)(2)(B)(i) as frivolous.

Under § 1915(e)(2)(B)(i), upon permitting a plaintiff to proceed *in forma pauperis,* the Court nevertheless may "dismiss the case at any time if the court determines that . . . the action . . . is frivolous." See also Gibson v. R.G. Smith Co., 915 F.2d 260 (6th Cir. 1990). The Supreme Court has defined a "frivolous" action as one which "lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325, 109 S. Ct. 1827, 1831-32 (1989). The present suit is readily characterized as frivolous under this standard, where Plaintiff alleges only that Judge Feikens, acting fully within his judicial capacity, dismissed his prior complaint as frivolous. The appropriate response to such a complaint of judicial error is an appeal — which, notably, Plaintiff is now pursuing.

For these reasons,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).

Gerald E. Rosen
United States District Judge

2